CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA            )
                                    )
            vs.                     )   Criminal Case No.   07-183
                                    )
**BRITISH AIRWAYS PLC**             )

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant ( Maria Da Cunha )

_____
Counsel for defendant
Daryl A. Libow

I consent:

_____
Assistant United States Attorney

Approved:

_____          Date: August 23, 2007
Judge John D. Bates