UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No. 07-183
)
BRITISH AIRWAYS PLC )
)
)

WAIVER OF INDICTMENT

I, **Maria Da Cunha**, on behalf of the above-named defendant, who is accused of

Conspiracy To Restrain Trade; 15 USC 1
Conspiracy To Restrain Trade; 15 USC 1

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **August 23, 2007** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant ( Maria Da Cunha)

_____
Counsel for Defendant
Daryl A. Libow

Before _____   Date: August 23, 2007
Judge John D. Bates